CHAMBERS

1. VINCENT ROSENBALM                                       4/21/2008
2. 2100 NAPA VALLEJO HIGHWAY UNIT 5.
3. NAPA, CALIFORNIA 94558
4.     UNITED STATES DISTRICT COURT
5. NORTHERN DISTRICT OF CALIFORNIA
6. PEOPLE OF THE UNITED STATES
7.     OF AMERICA                    CV 08    2183
8.         V.                                        ) CRIMINAL COMPLAINT
9. JUDGE SUSAN ILLSTON
10. UNITED STATES DISTRICT COURT
11. 450 GOLDEN GATE AVENUE
12. SAN FRANCISCO, CALIFORNIA 94102
13.     I, THE UNDERSIGNED COMPLAINANT STATE THAT
14. THE FOLLOWING IS TRUE AND CORRECT TO THE
15. BEST OF MY KNOWLEDGE. ON OR ABOUT APRIL
16. 3, 2008 IN SAN FRANCISCO COUNTY, IN THE
17. NORTHERN DISTRICT OF CALIFORNIA DEFENDANT(S)
18. DID COMMIT PERJURY IN VIOLATION OF
19. TITLE 18, UNITED STATES CODE(S), SECTION 242
20. AND 1621. I FURTHER STATE I AM
21. VINCENT ROSENBALM AND THIS COM-
22. PLAINT IS BASED ON PREJUDICIAL
23. MISCONDUCT BY JUDGE SUSAN ILLSTON.
24.                          VINCENT ROSENBALM
25.                          *Vincent Rozenbalm*
26.                          4/21/2008

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA