UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 08-2183 SI (pr) |
| Plaintiff, | **ORDER OF RECUSAL AND FOR REASSIGNMENT OF ACTION** |
| v. | |
| SUSAN ILLSTON, | |
| Defendant. | |

Plaintiff, currently in custody at Napa State Hospital, has filed a pro se civil complaint. Having been named as the defendant in this action, the undersigned hereby RECUSES herself from this matter under 28 U.S.C. § 455(b)(5)(i). The clerk shall cause this action to be randomly reassigned to another district judge.

IT IS SO ORDERED.

Dated: May 1, 2008

_____
SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

        Plaintiff,

v.

SUSAN ILLSTON et al,

        Defendant.

Case Number: CV08-02183 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: May 1, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk