*E-FILED - 5/30/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBAUM, | No. C 08-2183 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| JUDGE SUSAN ILLSTON, | |
| Defendant. | |

The court has dismissed the instant civil rights action for failure to state a cognizable claim for relief. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Rosenbaum183jud.wpd    1